# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201700340

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## CAMERON Z. TYGETT
Gunnery Sergeant (E-7), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Derek Butler, JAGC, USN.
Convening Authority: Commander, Navy-Region Mid-Atlantic, Norfolk, VA.
Staff Judge Advocate's Recommendation: Commander Irve C. Lemoyne, JAGC, USN.
For Appellant: Captain Andrew R. House, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 8 February 2018

————————————————

Before MARKS, WOODARD, and HINES, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court